IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14cr108DCB-FKB

CHAD TEATER

## **ORDER**

Considering the Government's motion to seal the plea agreement in this case and the ongoing nature of the investigation in this case;

IT IS HEREBY ORDERED that the plea agreement herein be sealed.

IT IS FURTHER ORDERED that the United States Attorney's Office shall have access to and make copies of the plea agreement and any related documents and make the same available to other federal, state and local law government or regulatory agencies who request the same.

ORDERED this <u>25th</u> day of August, 2014.

s/David Bramlette
UNITED STATES DISTRICT JUDGE