IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

CRIMINAL CASE NO. 3:14-cr-108-DCB-FKB

CHAD TEATER                                                                                 DEFENDANT

### ORDER

Before the court are the motions of the defendant to withdraw his guilty plea and/or alternatively, to continue the sentencing which is presently scheduled for the 8th day of January, 2015, at 10:30 a.m. in Jackson, Mississippi.  At said time and date, the defendant will be given an opportunity to submit proof and argument as to why his motion should be granted, and if the defendant receives the relief he seeks, then the matter will be scheduled appropriately, but if, however, the motion is denied, the sentencing will proceed immediately after the hearing.

SO ORDERED this 5th day of January, 2015.

s/David Bramlette
UNITED STATES DISTRICT COURT JUDGE